**No. 67634.**—R. Greenspan & Co. v. United States, protest 58/19304 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of picnic sets similar in all material respects to those the subject of Abstract 66580, the claim of the plaintiff was sustained.